IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN HOUSH, | ) | |
| | ) | 8:05CV57 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | WITH PREJUDICE |
| CITY OF OMAHA, NEBRASKA; | ) | |
| CHIEF OF POLICE THOMAS WARREN, SR., | ) | |
| in His Official Capacity; OMAHA MAYOR | ) | |
| MIKE FAHEY, in His Official Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

The matter before the court is the plaintiff's motion for dismissal with prejudice. Filing No. 27. The court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to Fed. R. Civ. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 29th day of April, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge